**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-mj-03033-Reid

**UNITED STATES OF AMERICA**

**v.**

**ODILIO ESTUARDO AGUILAR GUZMAN,**

**Defendant.**
______________________________/

FILED BY CH D.C.
Jun 8, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Michael Ding*
Michael Ding (TX Bar Number: 24129788)
Special Assistant United States Attorney
99 NE 4th Street
Miami, FL 33132
(786) 266-8729
Michael.Ding@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint SUSA Ding, M.

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

V. CRIMINAL COMPLAINT

ODILIO ESTUARDO AGUILAR GUZMAN,

CASE NUMBER: 1:26-mj-03033-Reid

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about June 03, 2026, in Miami-Dade County, Florida, in the Southern District of Florida, Odilio Estuardo Aguilar Guzman ("defendant"), having previously been deported from the United States, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States, or his/her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

I further state that I am an officer with the U.S. Immigration and Customs Enforcement and that this complaint is based on the following facts:

On or about June 03, 2026, in Miami-Dade County, Florida, in the Southern District of Florida, law enforcement officers encountered the defendant in connection with a lawful law enforcement investigation in the Southern District of Florida. Law enforcement conducted a systems check that included a biometric confirmation from an electronic fingerprint comparison which revealed the defendant is a citizen and national of Guatemala and was the subject of a prior adverse immigration action.

Database records reflect that the defendant was encountered by immigration officials in Texas on or about July 03, 2019, and then removed to Guatemala on or about July 15, 2019, and that the defendant does not have any pending or approved applications to return to or reapply for admission into the United States.

DANIEL A. MARRERO
Deportation Officer
ERO Criminal Prosecutions

Attested to by the Applicant in Accordance with the Requirements of Fed.R.Crim.P 4.1 by FaceTime.

6/8/2026 at Miami, Florida
Date City and State

HON. LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER:** 1:26-mj-03033-Reid

**BOND RECOMMENDATION**

DEFENDANT: Aguilar Guzman, Odilio Estuardo

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]
SAUSA: Michael Ding

Last Known Address: [redacted]

What Facility:

Agent(s): Daniel Marrero
(FBI) (SECRET SERVICE) (DEA) (IRS) **(ICE)** **(OTHER)**
ICE Deportation Officer